FILED
U.S. DISTRICT COURT
[illegible] DIVISION

13 APR -5 PM 2:09

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

DeAndre Hopson
Full name(s)

under seal For DVO violations
Street address or postal box number

[illegible] under seal
City, State and zip code

under seal
Phone Number

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 4 :13 -cv- 0045 RLY -TAB
(To be supplied by the Court)

Being Federaly extorted By Adam Solinger (Weinburg attorney) (Benny Berry Benny lightsey)

DeAndre Hopson — Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. Benny Berry, Benny lightsey, witness (Charlie Cunningham) [illegible]
David Weinburg & Interchange law office
Ruth Spencer
Brenda Rainey
Denetria Gates,
Adam Solinger — Defendant(s).
Full name(s) (Do not use *et al.*)

They Federaly Extorting Ruth Spencer To committ All These Fraud

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, [signature] (Plaintiff name(s)), am a citizen of under seal DVO violations (State)

and presently reside at under seal (mailing address).

2. Defendant BlenDA Rainey, Ruth Spencer is a citizen of IND. Ky
(name of first defendant) (State)

whose address is Benny Berry, Denise Rainey.

3. Defendant ______ is a citizen of Ky
(name of second defendant) (State)

whose address is ______.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

**B. JURISDICTION**

1. This cause of action is brought pursuant to HoBBS Act Federal Extortion Anti peonage Act of 1867 18 USC 1581

2. ______ Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

Defendants useing court system to Racket minipulating Ruth Spencer to Forge False signitures to all Insurance claims over million Dollars, also used AnnA Hopson's Address to Do illegal Insurance claim wit State Farm on Being Federaly extorted By Benny Berry useing Intimadation Also useing BlenDA Rainey to stage False court set ups in charlie Cunningham's court, Division 4th sued Susan Elder illegaly stealing my IDenity were Being Federaly extorted By Benny Berry And Law Firm Interchange & WeinBurg Att At law Also Adam Solinger

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.") False claims Action By Ruth Spencer - US Department of urBan Development Fraud

**Claim I:** HoBBs Act Federal Extortion Useing Females AND courts to extortion me Intimadateing All court personal in Louisville Ky

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Ruth Spencer Being Federaly extorted By criminals
Adam Solinger
weinBurg Attorney at law
Interchange law offices
BrenDa Rainey clerk of courts
DeBrah lightsey works For chief of police
Benny lightsey works For realstor commissioner
Benny Berly - Racketeer
They stole my personal Injury claim now Don't qualify for any assistance as Insurance company was involved

**Claim II:** Defendants are useing Legal process Charlie Cunnigham's Court to Direct Fraud cases In Division 4# were BrenDa Rainey is clerks of court obstructing courts also Enslave DeAndre Hopson illegaly wit legal process tryin to Have Him come up wit Lawyer Fee's Knowing no attorney will sign it up it's Fraud,

**Supporting Facts:** See attachments


______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Claim III**: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Supporting Facts**:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**E. PREVIOUS LAWSUITS**

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? ____Yes __✓__No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional

lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)

N/A

d. Issues raised: N/A

e. Approximate date of filing lawsuit: N/A

f. Approximate date of disposition: N/A

**F. REQUEST FOR RELIEF**

I request the following relief:

Return All Funds Stolen

Stop Being Federal Extorted By Defendents useing Legal process To creat (Peonage Acts of 1867) slavery, to extort my Family For money pain of suffering 2,000,000.00

punitive Damages 2,000,000.00 Medical Future present 2,000,000.0

lost of work 1,000,000.00

lost of Future work - 10,000,000.00

Original signature of attorney (if any)

[signature]

**Plaintiff's Original Signature**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at ____________________________ on ___________________________.
(location) (date)

______________________________
**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the defendant(s). ____✓____Yes __________ No

Plaintiff demands a trial by jury. ____✓____Yes __________No