UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DEANDRE HOPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:13-cv-045-RLY-TAB |
| | ) | |
| BENNY BERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date:  5/17/2013

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

_____
By:  Deputy Clerk

Distribution:

Deandre Hopson
613 North Hite Avenue, Apt. #13
Louisville, KY  40206